**Exhibit C**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT – FIRST DISTRICT

Eugene Tucker

Plaintiff (s)

LINE # ___15___

v.

CASE NO.: _15 m1 302509_

City of Chicago

Defendant(s)

## PROGRESS CALL ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. This cause is set on the Progress Call on _April 15 2016_ in Room 1501 at 9:30 AM as a final date for service of summons upon any as yet unserved defendant, at which time the case may be dismissed for want of prosecution as to such unserved defendant unless counsel appears with an affidavit showing diligence in attempting service.

2) The DWP of January 26 2016 is VACATED

3. Routine motions and motions of course shall be presented in Room 1501.

4) Plaintiff is granted leave to file his second amended complaint instanter and summons to issue

3. ~~_____ is hereby appointed to make service of process in this cause.~~

4. Leave of court is hereby granted to initiate discovery pursuant to Supreme Court Rule 201 (D) on all served parties, only if the ad damnum exceeds $10,000.00.

Attorney No.: _70751_
Name: _G. Kili_
Attorney for: _plaintiff_
Address: _30 N. LaSalle_
City/Zip: _Chicago IL 60601_
Phone: _(312) 580-1830_

Enter

Judge Sheryl A. Pethers
FEB 10 2016
20___
Circuit Court – 1893

_____ _____
Judge   Judge's No.

Revised 1/2010
Room 1501